No. 91–6678. SWEENEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6680. VANTREES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6683. GRECNI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6688. CUMMINGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6752. LUBRANO *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.